UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MERLIN S. CAMPO                                CIVIL ACTION

VERSUS                                         NO. 06-5050

ALLSTATE INSURANCE COMPANY,                    SECTION "C" (1)
ET AL

ORDER AND REASONS

This matter comes before the Court on motion for rehearing and/or for new trial filed by the plaintiff, Merlin S. Campo ("Campo").  Having considered the record, the memoranda of counsel and the law, the Court has determined that rehearing and/or new trial is inappropriate for the following reasons.

The plaintiff argues in this motion that his claims against the Allstate Insurance Company for negligent handling remain viable after the Court's grant of summary judgment in the defendant's favor.  The plaintiff's argument is unavailing.  The claims of negligence made by the plaintiff necessarily pertain to the manner in which his claims were handled and are, as such, precluded.  As previously indicated by the Court

1

in granting summary judgment, state law and extra-contractual claims relating to claims handling are completely preempted by the regulations which constitute the terms of the Standard Flood Insurance Policy and which were promulgated under the National Flood Insurance Act, 44 C.F.R. § 61, App. A(1).  Bolden v. Federal Emergency Management Agency, 2007 WL 2463313 (E.D.La.).  See also Wright v. Allstate Insurance Co., 415 F.3d 384, 390 (5th Cir. 2005), after remand, 500 F.3d 390 (5th Cir. 2007); Dickerson v. State Farm Mutual Insurance Co., 2007 WL 1537631 (E.D.La); Faust v. State Farm Fire & Casualty Co., 2007 WL 1191163 (E.D.La.); Windes v. Haeuser Insurance Agency, Inc., 2007 WL 316998 (E.D.La.).  The Fifth Circuit has recently advised that there is no federal common law right of action for extra-contractual claims under the NFIA.  Wright, supra.  It also appears that any tort claim has not been exhausted under the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b) & 2671.

Accordingly,

IT IS ORDERED that the motion for rehearing and/or for new trial filed by the plaintiff, Merlin S. Campo is DENIED.  (Rec. Doc. 33).

New Orleans, Louisiana, this 14th  day of December, 2007.

_____
HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE